THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Reginald Booker, Appellant.
 
 
 

Appeal From Richland County
 L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2011-UP-159
Submitted April 1, 2011  Filed April 13, 2011

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter,  of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Solicitor
 Daniel E. Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Reginald Booker appeals his guilty plea to three counts of second-degree burglary and one count of grand larceny, arguing the plea
court erred in accepting his plea when he was unaware of the sentencing consequences.  After a thorough review of the record and counsel's brief pursuant
to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL DISMISSED.
HUFF, SHORT, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.